IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MARVIN L. BISHOP, §
　　　　　　　　　　 §
　　　Plaintiff, §
　　　　　　　　　　 §
v. § CIVIL ACTION NO. 2:18-CV-163-Z-BR
　　　　　　　　　　 §
KEITH A. OLSEN, et al., §
　　　　　　　　　　 §
　　　Defendants. §

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

On June 25, 2019, the United States Magistrate Judge entered findings and conclusions on the Drug Enforcement Agency's Motion to Dismiss. ECF No. 35. The Magistrate Judge RECOMMENDS that the motion be GRANTED. Plaintiff filed objections to the findings, conclusions, and recommendation on July 6, 2019. ECF No. 36. After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the Magistrate Judge, and Plaintiff's objections, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED. The Motion to Dismiss (ECF No. 15) is GRANTED.

It is further ORDERED that the case will proceed with the United States of America as the sole Defendant pursuant to 28 U.S.C. § 2679(d).

SIGNED _Sept. 10_, 2019.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE